1  MARK G. HENNESS, ESQ.
   Nevada Bar No. 5842
2  DAVID J. MARTIN, ESQ.
   Nevada Bar No. 9117
3  HENNESS & HAIGHT
   8972 Spanish Ridge Avenue
4  Las Vegas, Nevada  89148
   Telephone (702) 862-8200 Telephone
5  Facsimile (702) 862-8204 Facsimile
   david@hennessandhaight.com
6  *Attorneys for Plaintiff*

7
                 **UNITED STATES DISTRICT COURT**
8
                    **DISTRICT OF NEVADA**
9

10  THOMAS CHAYRA, individually and on behalf
    of all others similarly situated,
11
                          Plaintiff,
12
    vs.                                          Case No.: 2:11-cv-01712-ECR -PAL
13
    DAD'S WINE BAR, LLC                           ORDER GRANTING
14  d/b/a FREAKIN' FROG,
                          Defendant.
15

16       **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE**

17       IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, THOMAS

18  CHAYRA ("Plaintiff") and Defendant, DAD'S WINE BAR, LLC d/b/a FREAKIN' FROG

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27
28

1  ("Defendant"), by and through their counsels of record in the above-captioned matter that all

2  claims against DAD'S WINE BAR, LLC d/b/a FREAKIN' FROG are dismissed with prejudice.

3  DATED this 7th day of September 2012.          DATED this 7th day of September 2012.

4  HENNESS & HAIGHT                                HOFLAND & TOMSHECK

5

6   _/s/ David J. Martin, Esq._                    ____/s/ Joshua L. Tomsheck_____

7  Mark G. Henness                                 Joshua L. Tomsheck
   Nevada Bar No. 5842                             Nevada Bar No. 9210

8  David J. Martin, Esq.                           228 South Fourth Street, 1st Floor
   Nevada Bar No. 9117                             Las Vegas, Nevada 89101

9  8972 Spanish Ridge Avenue                       (702) 7895-6760
   Las Vegas, Nevada  89148                        *Attorneys for Dad's Wine Bar*

10 (702) 862-8200

11 *Attorneys for Plaintiff*

12

13          IT IS SO ORDERED:

14          Edward C. Reed.

15          _____
           UNITED STATES DISTRICT COURT JUDGE

16          Dated:  September 11, 2012
                    _____

17

18

19

20

21

22

23

24

25

26

27

28